In re BURKE. (Supreme Court, Appellate Division, First Department. April 4, 1912.) In the matter of Luke A. Burke. No opinion.

Referee's report confirmed. Settle order on notice. See, also, 131 N. Y. Supp. 1108.

In re BUTTERFIELD. (Supreme Court, Appellate Division, First Department. March 29, 1912.) In the matter of Julia L. Butterfield. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.